**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN DEON TURNER, JR., | ) Case No. CV 17-5903-PA (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| J. SULLIVAN, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Habeas Petition and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 29, 2017

PERCY ANDERSON
U.S. DISTRICT JUDGE